UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COURTNEY LANE | § § § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:23−cv−02302 |
| | § | |
| CITY OF HOUSTON | § § § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Pre−Motion Conference has been set in this matter for 02:15 PM on 10/26/2023. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1614161728?pwd=dzNWVTZGUkxGaFRIZk9iN1ZwMXRMUT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 416 1728
Meeting Password: 225506

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 10/16/2023                    Byron Thomas
                                    cm4147@txs.uscourts.gov
                                    Case Manager to
                                    U.S. District Judge George C. Hanks, Jr.