# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| COURTNEY LANE | § |
| | § |
| Plaintiff(s), | § |
| VS. | § CIVIL ACTION NO. 4:23–cv–02302 |
| | § |
| CITY OF HOUSTON | § |
| | § |
| Defendant. | |

## NOTICE OF SETTING

A Initial Conference has been set in this matter for 09:00 AM on 4/18/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646 828 7666
Meeting ID: 160 199 5344
Meeting Password: 152902

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 4/17/2024

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.