United States District Court
Southern District of Texas
**ENTERED**
April 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COURTNEY LANE,<br>    Plaintiff,<br><br>VS.<br><br>CITY OF HOUSTON,<br>    Defendant. | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:23-CV-02302<br>§<br>§<br>§ |

## ORDER

Before the Court is the Motion for Emma Brockway to Withdraw as Attorney. Dkt. 18. The Court, having considered the pleadings and determined that the Motion bears merit, hereby **GRANTS** the Motion.

It is therefore **ORDERED** that Emma Brockway is hereby withdrawn as counsel of record for Plaintiff and shall be removed from the notification list.

SIGNED at Houston, Texas on April 25, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE